**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

**MINUTE SHEET
OF COURT PROCEEDINGS**



| | | | |
|---|---|---|---|
| Date: | 4/20/2026 | Type of Hearing: | Pretrial Conference |
| Judge: | Marc T. Treadwell | Court Reporter: | Darlene Fuller |
| Courtroom Deputy: | Amy Stapleton | | |
| Courtroom: | A | | |

**Case Number: 5:25-CR-41-2 (MTT)**

| | | | |
|---|---|---|---|
| U.S.A. | | Counsel: | Hannah Couch |
| v. | | | |
| Brandon DeJuan Thorpe | | Counsel: | Charles E. Cox, Jr. |

Agents/Experts in attendance:  Chris Davis, USPO and John Micheal Crawley, ATF

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 1 hour / 56 min

| | |
|---|---|
| 2:45 pm | Called to order.  Identification of parties. Preliminary remarks by the Court.<br>The Court addressed the government regarding the co-conspirator statement issue.<br>Discussion regarding the location of the guns.<br>Discussion regarding co-conspirator status. |
| 3:08 pm | ATF Agent John Micheal Crawley sworn as witness.  Examination of witness by AUSA Hannah Couch.<br>Government presented portions of Exhibit 1 (CI Video), Exhibit 2 (UC Video), and Exhibit 3 (GSP Dashcam Video).<br>Cross examination of witness by defense counsel Charles E. Cox, Jr.<br>Redirect of witness by AUSA Hannah Couch. |
| 3:57 pm | AUSA Hannah Couch presents her summary of evidence.  Argument by defense counsel Charles E. Cox, Jr. |
| 4:08 pm | The Court **GRANTED in part** and **DENIED in part** the Government's Motion in Limine to Admit Co-Conspirator Statements (Doc. 104). Cato's |

|         | statements made in furtherance of a conspiracy to sell firearms are admissible under Fed. R. Evid. 801(d)(2)(E). Cato's statement concerning the potential sale of an additional firearm, made at the back of the UC's vehicle, is not admissible. |
| 4:15 pm | Discussion regarding Stipulation of Facts and voir dire. Discussion regarding the logistics of selecting two juries.  Mr. Cox confirmed he can be present for jury selection on Monday, April 27, 2026. Trial begins Wednesday, April 29, 2026, and is expected to last one day. |
| 4:41 pm | Adjourned. |